# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

JOSEPHINE BARON, Individually and
As Personal Representative of THE
ESTATE OF DAVID BARON, and
MEGHAN BARON, Individually,

        Plaintiffs,

        v.

CADIA HEALTHCARE LLC and
ONIX GROUP, LLC, d/b/a CADIA
HEALTHCARE PIKE CREEK,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. N24C-03-226 FJJ

## ORDER REGARDING AFFIDAVIT OF MERIT

This 11th day of July, 2024, the Court, at the request of the Defendants has reviewed *in camera* Plaintiffs' Affidavit of Merit pursuant to 18 *Del. C.* §§6853(a)(3), and 6853(d). Having done so, the Court finds:

1. An expert witness, who is nurse, has signed the affidavit of merit.

2. The affidavit is accompanied by a *curriculum vitae* of the expert witness. The *curriculum vitae* is not dated and given how the curriculum vitae reads there remains a question in this reviewer's mind about whether the *curriculum vitae* was prepared sometime before April 30, 2021. At this point the Court cannot conclude that the expert witness was licensed to practice nursing as of the date of the Affidavit. The Court also cannot conclude that the expert witness has been engaged in the treatment of patients and/or in the academic side of the field of nursing for at least three years preceding the acts alleged in the complaint.

3. The expert witness who signed the Affidavit is a nurse and has experience with nursing care in nursing homes and rehabilitation facilities.

1

4. The Affidavit includes an opinion that defendants breached the applicable standard of care in this case, and that this breach was the proximate cause of the injuries alleged in the Complaint.

5. The Complaint in this case alleges acts of negligence beyond negligence involving the care of nurses. The Affidavit of merit and the accompanying *curriculum vitae* do not demonstrate that the expert has expertise beyond nursing. Therefore as to the allegations in the compliant that go beyond nursing care the affidavit of merit is deficient as to those allegations.

Based on the foregoing, the Court finds that the Affidavit of Merit does not **comply** with the requirements of 18 *Del. C.* §6853(a)(1), and §6853(c). Within 45 days of the date of this order plaintiff is given leave to file amended and/or supplemental affidavits that address the deficiencies outlined herein. Failure to file an amended and/or supplemental affidavit will subject this case to being dismissed.

**IT IS SO ORDERED.**

/s/ *Francis J. Jones, Jr.*
Francis J. Jones, Jr., Judge

2